```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08007
   JEROME B RICHARDS
   PATRICIA L RICHARDS                        CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5804      SSN XXX-XX-2525


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/02/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
RESCAP MORTGAGE            CURRENT MORTG        .00          .00            .00
RESCAP MORTGAGE            MORTGAGE ARRE   15568.22          .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY    NOT FILED          .00            .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00          .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    1352.11          .00            .00
NATIONAL PAYMENT CENTER    UNSECURED       26652.44          .00            .00
US ATTORNEYS OFFICE        NOTICE ONLY    NOT FILED          .00            .00
FIRST MIDWEST BANK         UNSECURED      NOT FILED          .00            .00
CAVALIER TELEPHONE         UNSECURED      NOT FILED          .00            .00
BANK OF NEW YORK           NOTICE ONLY    NOT FILED          .00            .00
JPMORGAN CHASE BANK        NOTICE ONLY    NOT FILED          .00            .00
ACS                        FILED LATE           .00          .00            .00
US DEPT OF ED              FILED LATE           .00          .00            .00
MARTIN J OHEARN            DEBTOR ATTY     2,000.00                     1,075.30
TOM VAUGHN                 TRUSTEE                                         79.70
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               1,155.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,075.30
TRUSTEE COMPENSATION                            79.70
DEBTOR REFUND                                     .00
                      --------------      --------------
TOTALS                1,155.00              1,155.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 08007 JEROME B RICHARDS & PATRICIA L RICHARDS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 08007 JEROME B RICHARDS & PATRICIA L RICHARDS